UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID ANDERSON, an individual and as next friend, for his minor children, AA and AA,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>CHET AND CHRISTY CULP, a marital community, and BC, a minor,<br><br>　　Defendants. | NO. CV-06-108-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL OF CERTAIN DEFENDANTS AND CLOSING FILE** |

Before the Court is the parties' Stipulation for Order of Dismissal of Defendants Chet and Christy Culp and BC (Ct. Rec. 32). The parties stipulate that the above-captioned case may be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal of Defendants Chet and Christy Culp and BC (Ct. Rec. 32) is **GRANTED**.

2. All claims asserted by Plaintiff against Defendants Chet and Christy Culp and BC are **dismissed** with prejudice and without costs.

///
///
///
///
///

**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL OF CERTAIN DEFENDANTS AND CLOSING FILE ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, forward copies to counsel and close the file.
3  **DATED** this 21st day of February, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court Judge

8  Q:\CIVIL\2006\Anderson, David\dismiss4.wpd

**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL OF CERTAIN DEFENDANTS AND CLOSING FILE ~ 2**